# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOYCE ANN SMITH, § § Plaintiff, § v. § § CITY OF PRINCETON, TEXAS, ET AL., § § Defendants. | CIVIL ACTION NO. 4:17-CV-00085-ALM-AGD |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 19, 2025, the Magistrate Judge entered a Report (Dkt. #162) recommending that Plaintiff Joyce Ann Smith's Motion to Vacate Judgment (Dkt. #160) be stricken. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Joyce Ann Smith's Motion to Vacate Judgment (Dkt. #160) is **STRICKEN**.

**IT IS SO ORDERED.**

SIGNED this 9th day of September, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE